IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSEPH ERIC HEIMRICH                                                                    PLAINTIFF

v.                                    CASE NO. 2:22-CV-2019

NURSE RYAN GOODWIN,
CRAWFORD COUNTY JUSTICE CENTER                                                          DEFENDANT

## ORDER

The Court has received a report and recommendation (Doc. 19) from Chief United States Magistrate Judge Mark E. Ford.  No objections have been filed and the deadline to file objections has passed.  The Magistrate recommends that the Court dismiss this action without prejudice for failure to comply with the Court's Local Rules and Orders and failure to prosecute.  The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE.  Judgment will be entered accordingly.

IT IS SO ORDERED this June 22, 2022.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE